CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

NOV 01 2024

LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Abingdon__ DIVISION

__Olivia Megan Castle__ )
)
)
Plaintiff(s), )
)
v. ) Civil Action No.: __1:24CV51__
) (To be assigned by Clerk of District Court)
__U.S.A. District 17__ )
)
)
Defendant(s). )
(Enter the full name(s) of ALL parties in this lawsuit. )
Please attach additional sheets if necessary). )

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: __Olivia Megan Castle__

      Address: __245 Eastridge Rd, Apt 106 Bristol VA 24201__

      Telephone Number: __276-356-1294__

   b. Plaintiff No. 2

      Name: _____

      Address: _____

      Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: U.S.A. District 17

      Address: _____

   b. Defendant No. 2

      Name: _____

      Address: _____

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:  [X]**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

[X] Federal Question     [ ] Diversity of Citizenship     [ ] Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

Federal Question, Diversity of Citizenship, Government Defendant

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: __Olivia Castle__     State of Citizenship: __Virginia__

Plaintiff No. 2: _____     State of Citizenship: _____

Defendant No. 1: _____     State of Citizenship: _____

Defendant No. 2: _____     State of Citizenship: _____

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☑

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DEMAND FOR JURY TRIAL:   ☒ YES   ☐ NO

Signed this __01__ day of __11__, __2024__

Signature of Plaintiff No. 1 _Olivia Castle_

Signature of Plaintiff No. 2 _____

**NOTE:** All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.

Olivia Megan Castle
245 Eastridge Rd, Apt 106
Bristol Va 24201
(276)356-1294

11/01/2024
Olivia Castle

6. The First Admendment
   - restriction of an individuals religous practises
   - Freedom of expression
   - assemble peaceably and to petition their government

6. The Second Admendment
   - Right to possess a firearm unconnected with service in a Militia
   - Self defense within the home

6. The Third Amendment
   - Quatering of troops (in my home)

6. The Fourth Amendment
   - unreasonable search and seizures of property by the government
   - protection against arbitrary arrest
   - regarding search warrant, stop + frisk, safety inspections, wiretaps, + other forms of surveillances being central to many other criminal law topics and to (privacy law).

6. The Fifth Amendment
   - Double jeapordy, self incriminalization, the taking of private property for public use.

6. The Sixth Amendment
   - Right to public trial without unecessary delay
   - Right to attorney
   - Right to impartial jury
   - Right to know your accusers [terroism, sex crimes, human trafficking]

11/01/2024
Olivia Castle

6. Seventh Amendment
   - Common law distinguishing civil claims, must be tried before a jury (absent waiver by the parties) for claims and issues may be heard by judge alone

6. Eighth Amendment
   - Cruel & Unusual Punishment