CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
12/10/2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **OLIVIA MEGAN CASTLE,** | )<br>) |
| Plaintiff, | )<br>) Case No. 1:24CV00051<br>) |
| v. | ) **ORDER**<br>) |
| **U.S.A. DISTRICT 17, ET AL.,** | ) JUDGE JAMES P. JONES<br>) |
| Defendants. | )<br>) |

Plaintiff Olivia Megan Castle has filed without the assistance of an attorney an Amended Complaint and two separate applications to proceed without prepayment of fees or costs. In her original Complaint, Castle failed to provide any facts or request for relief, and I allowed her to file an Amended Complaint correcting those deficiencies.

In her Amended Complaint, Ms. Castle again alleges multiple violations of law but fails to state any facts to support her claims.[1] For example, she lists "invasion of privacy" and only provides "TMOBILE, iCloud, etc. (home + car)" as an explanation. As stated on the form, "[t]he description of facts should include a specific explanation of *how, where, and when* each of the defendants named in the

---

[1] She also adds multiple defendants not previously named.

caption violated the law, and *how you were harmed*." (emphasis added). I find that her Amended Complaint is insufficient and thus is subject to dismissal.

Accordingly, it is **ORDERED** as follows:

1. The plaintiff's Motion for Leave to Proceed In Forma Pauperis, ECF No. 2, and Supplemental Motion for Leave to Proceed In Forma Pauperis, ECF No. 3, are GRANTED;

2. The Amended Complaint is DISMISSED WITHOUT PREJUDICE; and

3. The Clerk shall close this case.

ENTER: December 10, 2024

/s/ JAMES P. JONES
Senior United States District Judge